IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARIN JONES                          :        CIVIL ACTION
                                     :
        v.                           :
                                     :
COUNTY JAIL C.F.C.F., et al.         :        NO. 13-2366

## O R D E R

AND NOW, this 7th day of August 2014, having considered plaintiff's amended complaint (Document No. 16), and in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED that:

1.   Plaintiff's amended complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

2.   The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.